# In the United States Court of Federal Claims

SAIPTER CORPORATION,

               Plaintiff,

   v.

 THE UNITED STATES,

               Defendant.

No. 25-cv-1489
(Filed:  October 7, 2025)

## ORDER

On September 17, 2025, the Court denied Plaintiff, Saipter Corporation's Motion for Leave to Proceed in forma pauperis because artificial entities do not qualify for treatment in forma pauperis under 28 U.S.C. § 1915.  ECF No. 6.  The Court ordered Saipter Corporation to pay the $405.00 filing fee by October 6, 2025.  *Id.*  The Court stated that if Plaintiff did not pay the filing fee, the Complaint would be dismissed for failure to prosecute.  *Id.*  Plaintiff has not paid the filing fee.  "If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . ."  RCFC 41(b).  Dismissal is the appropriate sanction where a plaintiff is "warned that its complaint was in danger of dismissal but failed to comply with court orders."  *Koopmann v. United States*, No. 2021-1746, 2022 WL 1073341, at *3 (Fed. Cir. Apr. 11, 2022).  For those reasons, the Court hereby **DISMISSES** Plaintiff's Complaint, ECF No. 1, **without prejudice** for failure to prosecute under RCFC 41(b).  The Clerk of Court shall enter **JUDGMENT** accordingly.

      **IT IS SO ORDERED.**

                                          _____

                                          ROBIN M. MERIWEATHER
                                          Judge